# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUZETTE GRILLOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-0241-J |
| ) | |
| STATE OF OKLAHOMA ex rel., ) | |
| UNIVERSITY OF OKLAHOMA BOARD ) | |
| OF REGENTS, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the parties' joint motion for extension of their existing pre-trial deadlines [Doc. No. 43]. For good cause shown, the motion is GRANTED IN PART AND DENIED IN PART. The motion is granted to the extent that the parties seek relief from the current scheduling order. It is denied as to their requested dates. The Court instead STRIKES the current scheduling order and will enter an amended scheduling order after the Court holds a status and scheduling conference with the parties.

IT IS SO ORDERED this 20th day of April, 2020.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE