## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Bernard M. Jones
United States Courthouse, **Room 1021**, Oklahoma City, Oklahoma

<u>ORDER FOR STATUS CONFERENCE</u>

NOTICE TO ALL COUNSEL:

     1.    Unless one has previously been filed, counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) not later than <u>Monday, May 25, 2020</u>.  *See* LCvR16.1(a)(1) and Appendix II.

     2.    In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan.  **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken and counsel need not appear**.

     3.    Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions and by any pro se litigants, at the time indicated below.  *See* LCvR16.1(a)(2).

     4.    Please note that a valid photo identification is required to enter the courthouse.[1]

---

**Thursday, June 4, 2020**

---

[1] The Court is continuing to carefully monitor the evolving circumstances presented by the outbreak of COVID-19.  At this point, the Court assumes that circumstances will permit the status conferences to be held in person.  Should that change and the conferences will instead be held by telephone, the Court will so inform counsel by Friday, May 29, 2020.

June 4, 2020

**10:00 a.m.**

CIV-18-1225-J      Chieftain Royalty Company          Bradley E. Beckworth
                                                      David N. Smith
                                                      Emily N. Kitch
                                                      Jeffrey J. Angelovich
                                                      Lisa P. Baldwin
                                                      Michael B. Angelovich, Sr.
                                                      Patranell Britten Lewis
                                                      Robert N. Barnes
                                                      Susan R. Whatley
                                                      Trey N. Duck, III
                                                      Nathan B. Hall

                   v.

                   SM Energy Company                  J. Kevin Hayes
                   *including predecessors,*          Pamela S. Anderson
                   *successors and affiliates*

**10:20 a.m.**

CIV-17-0756-J      White Oak Global Advisors,         J. David Jorgenson
                   LLC                                Mark A. Waller
                                                      Patrick O. Waddel

                   v.

                   Tommy W. Weder, Sr.                Charles Greenough
                                                      Mark A. Haye, Jr.
                                                      Ronald T. Shinn, Jr.

**10:40 a.m.**

CIV-19-0241-J      Suzette Grillot                    Rand C. Eddy

                   v.

                   State of Oklahoma, et al           Anton J. Rupert
                                                      Geren T. Steiner
                                                      Heidi J. Long

June 4, 2020

**11:20 a.m.**
CIV-19-0869-J          Luis M. Ortiz                          Jefferson I. Rust
                                                              Toby M. McKinstry
                                                              James F. Self, Jr.

                       v.

                       Alfa Laval India Pvt, Ltd.            Alexandra B. Cunningham
                       -and-
                       Hil-Tech, LLC,                        Evan G. E. Vincent
                       *doing business as* GTech USA

**11:40 a.m.**
CIV-20-0008-J          James Christopher Williams            Kindra N. Dotson-Avila
                                                             Rachel L. Bussett

                       v.

                       State Farm Mutual Automobile          Elizabeth A. Snowden
                       Insurance Company                     Joseph T. Acquaviva, Jr.
                       -and-
                       American Mercury Insurance            Raymond T. Cooper
                       Company