# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUZETTE GRILLOT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-0241-J |
| | ) |
| STATE OF OKLAHOMA ex rel., | ) |
| UNIVERSITY OF OKLAHOMA BOARD | ) |
| OF REGENTS, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendant seeks permission to file a motion for an amended protective order under seal. [Doc. No. 47]. Plaintiff shall inform the Court as to any objection on or before July 1, 2020.

IT IS SO ORDERED this 24th day of June, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE