IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUZETTE GRILLOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-0241-J |
| ) | |
| STATE OF OKLAHOMA ex rel., ) | |
| UNIVERSITY OF OKLAHOMA BOARD ) | |
| OF REGENTS, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff seeks permission to file a motion to compel under seal and Defendants do not object. [Doc. No. 56].[1]  The Court GRANTS the motion and Plaintiff's motion to compel, Defendants' response, and Plaintiff's reply, if necessary, shall be filed under seal.  However, the Court cautions the parties that to the extent Plaintiff's motion relates to discovery disputes, the parties must comply with this Court's meet and confer requirements.  *See* LCvR. 37.1.  This Court expects the parties to resolve discovery disputes without the Court's intervention and will not hesitate to award attorney fees or impose other sanctions if it finds that discovery disputes have unnecessarily wasted judicial resources.

IT IS SO ORDERED this 11th day of August, 2020.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed an "unopposed" motion but failed to include information regarding Defendants' objection or non-objection. [Doc. No. 55].  Plaintiff then filed an amended motion to specifically note that the Defendants did not object. [Doc. No. 56].  Plaintiff's initial motion, [Doc. No. 55], is DENIED as moot.