**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SUZETTE GRILLOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-241-J |
| | ) | |
| STATE OF OKLAHOMA ex rel., UNIVERSITY OF OKLAHOMA BOARD OF REGENTS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT REQUEST FOR CLARIFICATION**

Plaintiff Suzette Grillot ("Plaintiff") and Defendants State of Oklahoma ex rel., University of Oklahoma Board of Regents, James L. Gallogly (Individually), President, University of Oklahoma and Jon Kyle Harper (Individually), Senior Vice President and Provost, University of Oklahoma (collectively "Defendants") (Plaintiff and Defendants are collectively referred to as "Defendants") respectfully submit this Joint Request for Clarification, seeking direction from this Court regarding the current scheduling order deadlines. In Support of this Request, the Parties would show this Court as follows:

1. On June 22, 2021, this Court issued an order setting this matter for a Status Conference on July 8, 2021 at 1:30 pm. (Doc. No. 109).

2. Pursuant to the Third Amended Scheduling Order filed in this matter (Doc. No. 72)("Scheduling Order"), this case is currently set on the Court's August 2021 trial docket. Motions in limine, jury instructions, the pre-trial conference report and trial briefs are due to be filed by July 1, 2021.

3. In accordance with the Court's Scheduling Order, the Defendants filed their separate motions for summary judgment in this matter on May 1, 2021 ("Summary Judgments"). (Doc. Nos. 91, 92 and 94).

4. Plaintiff filed her responses in opposition to the Summary Judgments on June 11, 2021(Doc. Nos. 103-105).

5. The Defendants filed their separate replies on June 18, 2021 (Doc Nos. 106-108).

6. Thus, as of June 18, 2021, the Defendants' Motions for Summary Judgment are at issue and have not yet been ruled upon.

7. The Parties fully intend to and are prepared to comply with the remaining deadlines in the Court's Scheduling Order. However, given the Court's setting of this matter for a Status Conference, and that the Motions for Summary Judgment are pending, and this Court's ruling thereon may change the landscape of the claims at issue in this litigation, the Parties seek this Court's guidance on filing the remaining trial documents by July 1, 2021.

8. For example, the Defendants have moved for summary judgment on all of Plaintiff's claims asserted against them. Obviously, if the Court grants all of the Motions for Summary Judgment, the trial filings would become moot, but a partial ruling for summary judgment would likely necessitate any resubmitting the jury instructions, motions in limine, trial briefs and pre-trial report after the Court's ruling.

9. The Parties have no desire to burden this Court with additional filings, and would request clarification from this Court as to whether the parties' should comply with

the July 1, 2021 trial filing deadlines, or if the Court intends to strike remaining deadlines until the pending Motions for Summary Judgment have been ruled upon.

WHEREFORE the Parties seek this Court's guidance and clarification on compliance with the remaining Scheduling Order deadlines, in light of the pending Motions for Summary Judgment that are now at issue, and in light of the July 8, 2021 Status Conference.

Respectfully submitted,

s/ *Amy J. Pierce*
AMY J. PIERCE, OBA No. 17980
**Hampton Barghols Pierce, PLLC**
210 Park Ave. Suite 2700
Oklahoma City, Oklahoma 73102
Telephone: (405) 600-9225
Facsimile: (405) 600-6851
apierce@hbplawok.com

**ATTORNEY FOR DEFENDANT KYLE HARPER**

s/ *Heidi J. Long*
(signed by filing attorney with permission of attorney)
HEIDI J. LONG, OBA No. 17667
**University of Oklahoma**
**Office of Legal Counsel**
660 Parrington Oval, Rm. 213
Norman, OK 73019
Telephone: (405) 325-4124
Facsimile: (405) 325-7681
hlong@ou.edu.com

**ATTORNEY FOR DEFENDANT, STATE OF OKLAHOMA ex rel. BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA**

*s/ Anton J. Rupert*
(signed by filing attorney with permission of attorney)
Anton J. Rupert
Geren T. Steiner
**RUPERT STEINER & MORGAN, PLLC**
14001 Quail Springs Parkway
Oklahoma City, OK 73134
Telephone: 405-607-1494
tony@rsm-law.com
geren@rsm-law.com
**ATTORNEYS FOR DEFENDANTS JAMES L. GALLOGLY, JOHN KYLE HARPER AND STATE OF OKLAHOMA** *ex rel.* **UNIVERSITY OF OKALHOMA**

*s/ Rand C. Eddy*
(signed by filing attorney with permission of attorney)
Rand C. Eddy, OBA # 11822
MULINIX EDDY EWERT & MCKENZIE, PLLC
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
Telephone: (405) 232-3800
Fax: (405) 232-8999
Rand@lawokc.com

**COUNSEL FOR PLAINTIFF, SUZETTE GRILLOT**