## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUZETTE GRILLOT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. CIV-19-241-J |
| | ) |
| STATE OF OKLAHOMA ex rel., | ) |
| UNIVERSITY OF OKLAHOMA BOARD | ) |
| OF REGENTS, et al., | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

Pursuant to Orders filed separately [Doc. Nos. 116, 117], Defendants Gallogly, Harper, and OU Board of Regents' motions for summary judgment are GRANTED and judgment is entered in Defendants' favor.

ENTERED this 29th day of July, 2021.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE